Thomas C. McBride, LLC d/b/a

# McBRIDE LAW FIRM

**SUITE 101**
**301 JACKSON STREET**
**ALEXANDRIA, LA 71301**
**TELEPHONE: (318)445-8800**
**TELECOPIER: (318)445-8066**
**www.tommcbridelaw.com**

**THOMAS C. McBRIDE**
**VIRGINIA W. BROWN**
**KATHRYN A. WILEY**

August 12, 2015

United States Bankruptcy Court
Western District of Louisiana
300 Jackson Street
Alexandria, Louisiana 71301

Re:     *In Re: Allen Andrew Bourgeois and Melissa Marie Bourgeois*
        USBC; WDLA; Case No. 10-80581; Chapter 13

Dear Sir/ Madam:

Please be advised of the change of address for the debtor(s) in the above-referenced matter. The new address for the debtor(s) is as follows:

**Allen Andrew Bourgeois (only)**
**51965 Wilk Rd.**
**Kenai, AK 99611**

Please correct the record to reflect this address.

If you have any questions, please do not hesitate to contact me.

With kindest regards, I am

Yours truly,

**McBride Law Firm**

by: **/s/Melissa Fisher**
        Melissa Fisher, Paralegal