Thomas C. McBride, LLC d/b/a
**McBRIDE LAW FIRM**
SUITE 101
301 JACKSON STREET
ALEXANDRIA, LA 71301
TELEPHONE: (318)445-8800
TELECOPIER: (318)445-8066
www.tommcbridelaw.com

**THOMAS C. McBRIDE**
**KATHRYN A. WILEY**

April 6, 2016

United States Bankruptcy Court
Western District of Louisiana
300 Jackson Street
Alexandria, Louisiana 71301

    Re:    *In Re: Allen Andrew Bourgeois and Melissa Marie Bourgeois*
             USBC; WDLA; Case No. 10-80581; Chapter 13

Dear Sir/ Madam:

Please be advised of the change of address for the debtor(s) in the above-referenced matter. The new address for the debtor(s) is as follows:

> **Allen Andrew Bourgeois (only)**
> **281 Jewell Lane**
> **Leesville, LA 71446**

Please correct the record to reflect this address.

If you have any questions, please do not hesitate to contact me.

With kindest regards, I am

                          Yours truly,

                          **McBride Law Firm**

                          Amanda "Mandi" LaCour, Paralegal